■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEROME JENKINS, Appellant, v EUGENE LeFEVRE, as Superintendent of Clinton Correctional Facility, et al., Respondents. — Appeal from a judgment of the Supreme Court at Special Term (Amyot, J.), entered July 6, 1981 in Clinton County, which denied petitioner's application for a writ of habeas corpus. The petition is not only procedurally defective for noncompliance with CPLR 7002 (subd [c]), but is substantively lacking in merit as well. Judgment affirmed. Sweeney, J. P., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

■ BLAKE REALTY, INC., Plaintiff, v MARVIN M. SHILLER et al., Appellants, and STUART O. GOLDSMITH et al., Respondents, et al., Defendant. — Appeal from a judgment of the Supreme Court at Special Term (Harvey, J.), entered August 13, 1980 in Saratoga County, which granted a motion by certain defendants for summary judgment. Plaintiff brought this action to recover real estate brokerage commissions allegedly earned in connection with the development of a shopping center in Amsterdam, New York. Named in the action as defendants are 15 individuals, partnerships and corporations, including defendants-respondents, all of whom were involved at one time or another in the shopping center project. Defendants-appellants answered the complaint and cross-claimed against defendant S & H Shopping Center, Inc. No cross claims have been asserted against defendants-respondents, who subsequently moved for summary judgment dismissing the complaint as against them. Special Term granted their motion, concluding that plaintiff was unable to produce evidence sustaining any theory of liability against the moving parties. We see no need to address the merits. As the record does not disclose that defendants-appellants have any matured right or claim against defendants-respondents, they are not "aggrieved parties" within the meaning of CPLR 5511 and hence have no standing to appeal (see *Helou v Nationwide Mut. Ins. Co.*, 25 AD2d 179, mot for lv to app den 17 NY2d 424). Appeal dismissed, with costs. Sweeney, J. P., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.